[No. 7158–1–I.  Division One.  July 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
FRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85246, Barbara J. Rothstein, J., entered
November 9, 1978. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow, C.J., and Andersen, J.

[No. 7234–0–I.  Division One.  July 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v.
WILLIS BYRD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87036, Frank J. Eberharter, J., entered
December 13, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Callow, C.J., and Swanson, J.

[No. 7565–9–I.  Division One.  July 7, 1980.]

*In the Matter of the Marriage of* RICHARD BRAMWELL
ARTHUR WALTERS, *Respondent, and* PHYLLIS
ANNE WALTERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–100559, James J. Dore, J., entered April 10,
1979. *Affirmed* by unpublished opinion per Durham–
Divelbiss, J., concurred in by Callow, C.J., and James, J.